# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**ANTONIO VERSHOWN SMITH**                                                    **PLAINTIFF**

**VERSUS**                             **CIVIL ACTION NO. 4:07-cv-89-TSL-LRA**

**CLARKE COUNTY, et al.**                                                  **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum Opinion and Order issued this date and incorporated herein by reference,

IT IS HEREBY ORDERED AND ADJUDGED that this cause be, and is hereby, dismissed without prejudice, pursuant to Rule 41(b) of the FEDERAL RULES OF CIVIL PROCEDURE.

SO ORDERED AND ADJUDGED this the  10th   of January, 2008.


                                                     /s/Tom S. Lee
                                                   UNITED STATES DISTRICT JUDGE